

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00252-CV

JIM BURGESS, Appellant

§ On Appeal from County Court at Law No. 2

§ of Tarrant County (2022-000739-2)

V.

§ June 19, 2025

CITY OF WESTWORTH VILLAGE,
Appellee

§ Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee City of Westworth Village must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach